IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DALE OLIVER,

        Plaintiff,                No.  3:13-cv-00449-SU

     v.

                                       ORDER

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Sullivan issued a Findings and Recommendation [24] on January 10, 2017, in which she recommends that this Court grant Plaintiff's Unopposed Motion for Attorney Fees Under 42 U.S.C. § 406(b). The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

       Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [24], and therefore, Plaintiff's Motion for Attorney Fees [23] is granted.

IT IS SO ORDERED.

DATED this \_\_\_\_21\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER